IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION , | ) ) ) | CV 12-00227 SOM-KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; ASSOCIATION OF APARTMENT OWNERS OF HALEANI VILLAGE AT PUHI; MILLICENT MOANA ANDRADE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-50; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on November 16, 2012 and

served on all parties on November 19, 2012, and no objections having been filed

by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Remand Action to State Court" are adopted as the opinion and order of this Court.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, December 10, 2012.



        /s/ Susan Oki Mollway
        Susan Oki Mollway
        Chief United States District Judge

U.S. Bank National Association v. Mortgage Electronic Registration System, Inc.; Civ. No. 12-00227 SOM/KSC, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION